IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNEDY FUNDING INC.,

    Plaintiff,

  v.

NICHOLAS CHAPMAN, et al.,

    Defendants.

No. C 09-01957 CRB

**ORDER DENYING APPLICATION FOR TRO**

For the reasons stated at oral argument on May 22, 2009, plaintiff's application for a temporary restraining order is **DENIED**. The parties shall appear for an initial case management conference before Judge Breyer at **8:30 A.M. IN COURTROOM 8 ON FRIDAY, MAY 29, 2009**. They shall file a joint case management conference statement on or before Wednesday, May 27, 2009.

The parties are authorized to engage in expedited discovery; depositions may be taken on three days notice. Plaintiff shall take the deposition of Douglas Allen at his office on Thursday, May 28, 2009 at 9:30 a.m. The deposition may be rescheduled only upon agreement of the parties in writing.

The Court recommends that Judge Breyer schedule this case for trial in September or October of 2009.

**IT IS SO ORDERED.**

Dated: May 22, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE