1 | Michael S. Kogan (SBN 128500)
    mkogan@ecjlaw.com
2 | Peter F. Jazayeri (SBN 199626)
    pjazayeri@ecjlaw.com
3 | **ERVIN COHEN & JESSUP LLP**
    9401 Wilshire Boulevard, Ninth Floor
4 | Beverly Hills, California 90212-2974
    Telephone  (310) 273-6333
5 | Facsimile  (310) 859-2325

6 | Attorneys for Kennedy Funding, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

KENNEDY FUNDING, INC., a New Jersey Corporation,

    Plaintiff,

v.

NICHOLAS CHAPMAN, an individual; JIREH EDUCATIONAL MINISTRIES, INC., a California Nonprofit Corporation; NEWPORT AVALON MINISTRIES, a California entity; DOUGLAS ALLEN, an individual, BURNETT, BURNETT & ALLEN, a California company; and DOES 1 through 50, Inclusive

    Defendants.

Case No. 09-1957-CRB

[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING MOTIONS TO DISMISS, SECOND AMENDED COMPLAINT, CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES

IDOCS:12416.9:903415.1

[PROPOSED] ORDER GRANTING STIPULATION REGARDING MOTIONS TO DISMISS, SECOND AMENDED COMPLAINT, CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES (Case No. 09-1957-CRB)

1  The Stipulation Regarding Motions To Dismiss, Second Amended Complaint, Case Management Conference, And Related Deadlines (the "Stipulation") by and among Plaintiff Kennedy Funding, Inc. ("Kennedy" or "Plaintiff") and Nicholas Chapman ("Chapman"), Douglas Allen ("Allen"), JIREH Educational Ministries, Inc. ("JIREH"), Newport Avalon Ministries ("Ministries") and Burnett, Burnett & Allen ("BBA", together with Chapman, Allen, JIREH, Ministries, the "Defendants", the Defendants and the Plaintiff are the "Parties") was filed with the Court on June 30, 2009. The Court having read and considered the Stipulation:

**PURSUANT TO STIPULATION IT IS SO ORDERED THAT:**

1. The Motions to Dismiss filed by Defendants are hereby ordered off-calendar without prejudice.

2. Kennedy shall file a Second Amended Complaint (the "SAC") no later than 10 days after the Court enters an order granting this Stipulation ~~or by _____, 2009~~.

3. Defendants shall file a response to the SAC no later than 30 days after the SAC is filed ~~or by _____, 2009~~.

4. The Initial Case Management Deadlines (as defined in the Stipulation) are continued to 30 days after the Defendants file a response to the SAC ~~or to _____, 2009~~. If the Defendants file any Federal Rule of Civil Procedure 12 motion in response to the SAC, the Initial Case Management Deadlines are continued to 30 days after the Court enters an order on any such FRCP 12 motion ~~or to _____, 2009~~.

5. The Case Management Conference is continued from August 21, 2009 to October 2, 2009 at 8:30 a.m.

Dated: July 2, 2009



THE HONORABLE CHARLES R. BREYER
JUDGE OF THE
DISTRICT

IDOCS:12416.9:903415.1

2

[PROPOSED] ORDER GRANTING STIPULATION REGARDING MOTIONS TO DISMISS, SECOND AMENDED COMPLAINT, CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES (Case No. 09-1957-CRB)