Blaine L. Fields, sbn 65781
333 West San Carlos
8th Floor
San Jose, California 95110
(408) 279-3600
blaine.fields@sbcglobal.net

Attorney for Douglas B. Allen and
Burnett, Burnett & Allen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

KENNEDY FUNDING, INC., a New Jersey Corporation,

    Plaintiff,

vs.

NICHOLAS CHAPMAN, an Individual; JIREH EDUCATIONAL MINISTRIES, a California non-profit corporation; NEWPORT AVALON MINISTRIES, a California limited liability company; BRIAN D. EVANS, an Individual; MANCEBO CORPORATION, a California corporation; ARNE WAGNER, an individual; LAWRENCE S. THAL, an individual; REDGE MARTIN, an individual; VANGUARD FINANCIAL LTD.; and Does 1 through 50, inclusive,

    Defendants.

Case No. C09-01957 CRB

[PROPOSED] ORDER ON STIPULATION DISMISSING DOUGLAS B. ALLEN AND BURNETT, BURNETT & ALLEN AS DEFENDANTS IN THE PENDING ACTION

    Upon the stipulation for an order dismissing Douglas B. Allen and Burnett, Burnett & Allen from the pending action, and good cause appearing, the Court dismisses, without prejudice, Douglas B. Allen and Burnett, Burnett & Allen as defendants in this action.

DATED: July 16, 2009

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Order on Stipulation for Order of Dismissal      Page 1