1  Michael S. Kogan (SBN 128500)
     mkogan@ecjlaw.com
2  Peter F. Jazayeri (SBN 199626)
     pjazayeri@ecjlaw.com
3  **ERVIN COHEN & JESSUP LLP**
   9401 Wilshire Boulevard, Ninth Floor
4  Beverly Hills, California 90212-2974
   Telephone  (310) 273-6333
5  Facsimile  (310) 859-2325

6  Attorneys for Kennedy Funding, Inc.

7

8                   UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  KENNEDY FUNDING, INC., a New Jersey   )  Case No. 09-1957-CRB
    Corporation,                          )
12                                        )  [~~PROPOSED~~] **ORDER GRANTING**
                  Plaintiff,              )  **STIPULATION BETWEEN PLAINTIFF**
13          v.                            )  **KENNEDY FUNDING, INC. AND ALL**
                                          )  **DEFENDANTS REGARDING UNIFORM**
14  NICHOLAS CHAPMAN, an individual; JIREH)  **RESPONSE DATE TO SECOND**
    EDUCATIONAL MINISTRIES, INC, a        )  **AMENDED COMPLAINT**
15  California non-profit corporation; NEWPORT )
    AVALON INVESTORS, LLC, a California   )
16  limited liability company, BRIAN D. EVANS, )
    an individual; MANCEBO CORPORATION, a )
17  California Corporation; ARNE WAGNER, an )
    individual; LAWRENCE S. THAL, an      )
18  individual; REDGE MARTIN, an individual; )
    VANGUARD FINANCIAL LTD., and DOES 1 )
19  through 50, Inclusive                 )
                                          )
20                Defendants.             )
                                          )
21  _____)

22

23

24

25

26

27

28  IDOCS:12416.9:916020.1
    [~~PROPOSED~~] ORDER GRANTING STIPULATION BETWEEN PLAINTIFF KENNEDY FUNDING, INC. AND
    ALL DEFENDANTS REGARDING UNIFORM RESPONSE DATE TO SECOND AMENDED COMPLAINT
    (Case No. 09-1957-CRB)

1  The Stipulation Between Plaintiff Kennedy Funding, Inc. And All Defendants Regarding
2  Uniform Response Date To Second Amended Complaint (the "Stipulation") by and among
3  Plaintiff Kennedy Funding, Inc. ("Kennedy" or "Plaintiff") and Mancebo Corporation
4  ("Mancebo"), Brian D. Evans ("Evans"), Arne Wagner ("Wagner"), Lawrence S. Thal ("Thal"),
5  Redge Martin ("Martin"), Vanguard Financial Ltd. ("Vanguard Financial", together with Thal,
6  Wagner, and Martin are referred to as "Vanguard"), Nicholas Chapman ("Chapman"), JIREH
7  Educational Ministries, Inc. ("JIREH"), and Newport Avalon Investors, LLC ("Newport Avalon",
8  together with JIREH, Mancebo, Evans, Chapman and Vanguard, are the "Defendants", and the
9  Defendants and the Plaintiff are the "Parties") was filed with the Court on July 28, 2009.  The
10 Court having read and considered the Stipulation:

11 **PURSUANT TO STIPULATION IT IS SO ORDERED THAT:**

12      1.  Defendants' response to the Second Amended Complaint shall be filed and served no
13 later than August 26, 2009.

14      2.  No other deadlines are changed by this Order.

17 Dated:   July 30, 2009

THE HONORABLE CHARLES R. BREYER
JUDGE OF THE UNITED STATES
DISTRICT COURT