| | |
|---|---|
| 1 | DOUGLAS B. ALLEN, SBN 99239 |
| | BURNETT, BURNETT, & ALLEN |
| 2 | 333 WEST SAN CARLOS ST. |
| | EIGHTH FLOOR |
| 3 | SAN JOSE, CALIFORNIA 95110 |
| | (408) 298-6540 |
| 4 | BURNETTBURNETTALLEN@YAHOO.COM |
| | Attorneys for Defendants JIREH EDUCATIONAL MINISTRIES, |
| 5 | a California non-profit corporation, NEWPORT AVALON |
| | INVESTORS, LLC, a California Limited Liability Company, |
| 6 | NICHOLAS CHAPMAN, an individual |

MICHAEL J. IOANNOU, SBN 95208
ROPERS MAJESKI KOHN & BENTLEY
50 WEST SAN FERNANDO STREET, SUITE 1400
SAN JOSE, CALIFORNIA 95113
(408) 287-6262
MIOANNOU@RMKB.COM
Attorneys for Defendants JIREH EDUCATIONAL
MINISTRIES, a California non-profit corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNEDY FUNDING, INC., A NEW JERSEY CORPORATION, | Case No. C09-01957CRB |
| Plaintiff, | ~~(PROPOSED)~~ ORDER ON STIPULATION TO CONTINUE DEFENDANTS' RESPONSE DATE TO PLAINTIFF'S SECOND AMENDED COMPLAINT |
| vs. | |
| NICHOLAS CHAPMAN, an individual; JIREH EDUCATIONAL MINISTRIES, a California non-profit corporation; NEWPORT AVALON INVESTORS, LLC, a California limited liability company; BRIAN D. EVANS, an individual; MANCEBO CORPORATION, California Corporation; ARNE WAGNER, an individual; LAWRENCE S. THAL, an individual; REDGE MARTIN, an individual; VANGUARD FINANCIAL LTD., and DOES 1 through 50, Inclusive, | Courtroom 8, 19th Floor<br>Judge: The Honorable Charles R. Breyer |
| Defendants. | |

Upon the stipulation in which Plaintiff and defendants, Nicholas Chapman, JIREH Educational Ministries, Newport Avalon Investors, LLC, Arne Wagner, Lawrence S. Thal, Redge Martin, Vanguard Financial LTD, by and through their respective counsel, agreed to extend the time for response by said

1  defendants to the "*Second Amended Complaint For: 1. Breach of Guaranties...9. Judicial Foreclosure*" by 14 days,
2  to and including September 9, 2009, it is hereby ordered, that said stipulation is approved, and the time
3  for defendants, Nicholas Chapman, JIREH Educational Ministries, Newport Avalon Investors, LLC,
4  Arne Wagner, Lawrence S. Thal, Redge Martin, Vanguard Financial LTD, to respond to the "*Second
5  Amended Complaint For: 1. Breach of Guaranties...9. Judicial Foreclosure*" is extended by 14 days, to and
6  including September 9, 2009.

8  DATED: Aug. 28, 2009

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer