| | |
|---|---|
| 1 | Michael S. Kogan (SBN 128500) |
|   |   mkogan@ecjlaw.com |
| 2 | Peter F. Jazayeri (SBN 199626) |
|   |   pjazayeri@ecjlaw.com |
| 3 | **ERVIN COHEN & JESSUP LLP** |
|   | 9401 Wilshire Boulevard, Ninth Floor |
| 4 | Beverly Hills, California 90212-2974 |
|   | Telephone  (310) 273-6333 |
| 5 | Facsimile  (310) 859-2325 |
| 6 | Attorneys for Plaintiff |
|   | Kennedy Funding, Inc., a New Jersey Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 11 | | | |
| 12 | KENNEDY FUNDING, INC., a New Jersey Corporation, | ) | Case No. C09-01957CRB |
| 13 |           Plaintiff, | ) | ~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO COUNTERCLAIM BY ARNE WAGNER, LAWRENCE THAL, REDGE MARTIN, VANGUARD FINANCIAL LTD. AND WAYNE REPICH AGAINST KENNEDY FUNDING, INC.** |
| 14 |     v. | ) | |
| 15 | NICHOLAS CHAPMAN, an individual; JIREH EDUCATIONAL MINISTRIES, a California non-profit corporation; NEWPORT AVALON INVESTORS, LLC, a California limited liability company; BRIAN D. EVANS, an individual; MANCEBO CORPORATION, a California Corporation; ARNE WAGNER, an individual; LAWRENCE S. THAL, an individual; REDGE MARTIN, an individual; VANGUARD FINANCIAL LTD., and DOES 1 through 50, Inclusive, | ) | |
| 21 |           Defendants. | ) | Date:  [No Hearing Required]<br>Place:  [Courtroom 8, 19th Floor]<br>Judge: The Honorable Charles R. Breyer |
| 22 | ARNE WAGNER, an individual; LAWRENCE S. THAL, an individual; REDGE MARTIN, an individual; and WAYNE REPICH, an individual; | ) | |
| 24 |           Counterclaimants | ) | |
| 25 |     v. | ) | |
| 26 | KENNEDY FUNDING, INC., a New Jersey corporation, | ) | |
| 27 |           Counterclaim-defendant | ) | |

IDOCS:12416.9:933844.1

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO COUNTERCLAIM ET AL. CASE NO. C09-01957CRB

1   The Stipulation To Extend Plaintiff's Deadline To Respond To Counterclaim By Arne
2   Wagner, Lawrence Thal, Redge Martin, Vanguard Financial Ltd. And Wayne Repich Against
3   Kennedy Funding, Inc. (the "Stipulation") was filed with the Court on September 11, 2009.  The
4   Court having read and considered the Stipulation,

5   **PURSUANT TO STIPULATION IT IS SO ORDERED THAT:**

6   1.  The deadline for Kennedy Funding, Inc. (the "Plaintiff") to respond to the Counterclaim
7   By Arne Wagner, Lawrence Thal, Redge Martin, Vanguard Financial Ltd. And Wayne Repich
8   Against Kennedy Funding, Inc. (the "Counterclaim") is extended by 14 days, such that Plaintiff
9   may file a response to the Counterclaim on or before September 29, 2009.

15  Dated:   September 16, 2009

THE HON. CHARLES R. BREYER
UNITED STATES
DISTRICT



IT IS SO ORDERED
Judge Charles R. Breyer

IDOCS:12416.9:933844.1                    2
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO
COUNTERCLAIM ET AL. CASE NO. C09-01957CRB