| | |
|---|---|
| 1 | Michael S. Kogan (SBN 128500) |
|   |    mkogan@ecjlaw.com |
| 2 | Peter F. Jazayeri (SBN 199626) |
|   |    pjazayeri@ecjlaw.com |
| 3 | **ERVIN COHEN & JESSUP LLP** |
|   | 9401 Wilshire Boulevard, Ninth Floor |
| 4 | Beverly Hills, California 90212-2974 |
|   | Telephone  (310) 273-6333 |
| 5 | Facsimile  (310) 859-2325 |
| 6 | Attorneys for Kennedy Funding, Inc. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNEDY FUNDING, INC., a New Jersey Corporation, | Case No. C09-01957CRB |
| Plaintiff, | ~~[PROPOSED]~~ ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE |
| v. | |
| NICHOLAS CHAPMAN, an individual; JIREH EDUCATIONAL MINISTRIES, a California non-profit corporation; NEWPORT AVALON INVESTORS, LLC, a California limited liability company; BRIAN D. EVANS, an individual; MANCEBO CORPORATION, a California Corporation; ARNE WAGNER, an individual; LAWRENCE S. THAL, an individual; REDGE MARTIN, an individual; VANGUARD FINANCIAL LTD., and DOES 1 through 50, Inclusive, | Date:  October 2, 2009<br>Place: Courtroom 8, 19th Floor<br>Judge: The Honorable Charles R. Breyer |
| Defendants. | |
| ARNE WAGNER, an individual; LAWRENCE S. THAL, an individual; REDGE MARTIN, an individual; and WAYNE REPICH, an individual; | |
| Counterclaimants | |
| v. | |
| KENNEDY FUNDING, INC., a New Jersey corporation, | |
| Counterclaim-defendant | |

IDOCS:12416.9:937992.1

[PROPOSED] ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE Case No. 09-1957-CRB

1  The Joint Case Management Statement was filed by Plaintiff Kennedy Funding, Inc. ("Kennedy" or "Plaintiff") and Nicholas Chapman ("Chapman"), JIREH Educational Ministries, Inc. ("JIREH"), Newport Avalon Investors LLC ("Newport Avalon", together with JIREH and Chapman, the "Chapman Defendants"), Lawrence S. Thal ("Thal"), Arne Wagner ("Wagner"), Redge Martin ("Martin"), and Vanguard Financial Ltd. ("Vanguard"), together with Thal, Wagner, and Martin, the "Vanguard Defendants"), Brian D. Evans ("Evans") and Mancebo Corporation ("Mancebo," together with Evans, the "Mechanics Lien Defendants") (the Chapman Defendants, Vanguard Defendants, and the Mechanics Lien Defendants are the "Defendants" and the Defendants and the Plaintiff are the "Parties") on September 22, 2009.

The Court having read and reviewed the Joint Case Management Statement, and recognizing that the Chapman Defendants have filed Motions to Dismiss the Plaintiff's Second Amended Complaint that are currently scheduled for hearing on October 23, 2009, and that the various initial case management deadlines respecting Federal Rule of Civil Procedure 26 and Local Rule ADR compliance are continued until 30 days after the Court rules on these Motions to Dismiss, and the Parties' request to continue the Case Management Conference, until 60 days after the Court enters an Order on the Motions to Dismiss,

**PURSUANT TO THE STIPULATIONS SET FORTH IN THE JOINT CASE MANAGEMENT STATEMENT, IT IS SO ORDERED THAT:**

1. The Case Management Conference currently scheduled for October 2, 2009 at 8:30 a.m. is hereby continued to December 18, 2009 at 8:30 a.m. or  October 23, 2009  at ~~8:30 a.m.~~ 10:00 a.m.

Dated:  sept. 22, 2009

_____
THE HONORABLE CHARLES R. BREYER
JUDGE OF THE UNITED STATES
DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ERVIN COHEN & JESSUP LLP

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       )  ss:
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 9401 Wilshire Boulevard, Beverly Hills, California 90212-2974.

On September 21, 2009, I served the document described as

**[PROPOSED] ORDER CONTINUING JOINT CASE MANAGEMENT CONFERENCE**

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[X]   BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]   BY NEXT-DAY DELIVERY: Via Overnite Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Overnite Express. In the ordinary course of business, this correspondence would be picked up by Overnite Express on that same day.

[ ]   BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed above and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on September 21, 2009 at Beverly Hills, California.

/s/ Christina O'Meara
Christina O'Meara

# SERVICE LIST

| | |
|---|---|
| Douglas B. Allen<br>Burnett, Burnett & Allen<br>333 West San Carlos Street<br>8th Floor<br>San Jose, CA  95110 | Attorneys for Nick Chapman and Newport Avalon Investors, LLC |
| Michael J. Ioannou<br>Ropers Majeski Kohn & Bentley<br>50 West San Fernando Street<br>Suite 1400<br>San Jose, CA  95113 | Attorneys for JIREH |
| Fred W. Thompson<br>King, Snell, Mildwurm & Fox<br>39650 Liberty Street, Suite 420<br>Fremont, CA  94538 | Attorneys for Mancebo Corporation and Brian D. Evans |
| Arne D. Wagner<br>Calvo & Clark LLP<br>One Lombard Street<br>Second Floor<br>San Francisco, CA  94111 | Attorneys for Vanguard Financial, Ltd., Redge Martin, Lawrence Thal, Wayne Repich and Arne Wagner |