1  DOUGLAS B. ALLEN, SBN 99239
   BURNETT, BURNETT, & ALLEN
2  333 WEST SAN CARLOS ST.
   EIGHTH FLOOR
3  SAN JOSE, CALIFORNIA 95110
   (408) 298-6540
4  BURNETTBURNETTALLEN@YAHOO.COM
   Attorneys for Defendants JIREH EDUCATIONAL MINISTRIES,
5  a California non-profit corporation, NEWPORT AVALON
   INVESTORS, LLC, a California Limited Liability Company,
6  NICHOLAS CHAPMAN, an individual

7  MICHAEL J. IOANNOU, SBN 95208
   ROPERS MAJESKI KOHN & BENTLEY
8  50 WEST SAN FERNANDO STREET, SUITE 1400
   SAN JOSE, CALIFORNIA 95113
9  (408) 287-6262
   MIOANNOU@RMKB.COM
10 Attorneys for Defendants JIREH EDUCATIONAL
   MINISTRIES, a California non-profit corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNEDY FUNDING, INC., A NEW JERSEY CORPORATION, | Case No. C09-01957CRB |
| Plaintiff, | ~~(PROPOSED)~~ **ORDER ON STIPULATION TO CONTINUE HEARINGS REGARDING MOTIONS TO DISMISS AND THE MANAGEMENT CONFERENCE DUE TO TENTATIVE SETTLEMENT** |
| vs. | |
| NICHOLAS CHAPMAN, an individual; JIREH EDUCATIONAL MINISTRIES, a California non-profit corporation; NEWPORT AVALON INVESTORS, LLC, a California limited liability company; BRIAN D. EVANS, an individual; MANCEBO CORPORATION, California Corporation; ARNE WAGNER, an individual; LAWRENCE S. THAL, an individual; REDGE MARTIN, an individual; VANGUARD FINANCIAL LTD., and DOES 1 through 50, Inclusive, | |
| Defendants. | |

The "*Stipulation to Continue Hearings on the Motions to Dismiss and the Case Management Conference Due to Tentative Settlement*"(the "Stipulation") by and among Plaintiff Kennedy Funding, Inc. and Mancebo Corporation, Brian D. Evans, Arne Wagner, Lawrence S. Thal, Redge Martin, Vanguard Financial Ltd. ,

Wayne Repich, Nicholas Chapman, JIREH Educational Ministries, Inc., and Newport Avalon Investors, LLC was filed with the Court on November 16, 2009.  The Court having read and considered the Stipulation and,

**PURSUANT TO STIPULATION IT IS SO ORDERED THAT:**

The Hearings on the Motions to Dismiss filed by Newport Avalon Investors, LLC, Nicholas Chapman, and JIREH Educational Ministries and the Initial Case Management Conference, originally scheduled for November 20, 2009 at 10:00 a.m., are hereby continued to ___January 8___, 2010 ~~2009~~ at 10:00 A.M.

DATED: Nov. 16, 2009

_____
THE HONORABLE CHARLES R. BREYER



(PROPOSED) ORDER ON STIPULATION TO CONTINUE MOTIONS DISMISS AND THE CASE MANAGEMENT CONFERENCE      Page 2