1 Michael S. Kogan (SBN 128500)
    mkogan@ecjlaw.com
2 Peter F. Jazayeri (SBN 199626)
    pjazayeri@ecjlaw.com
3 **ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
4 Beverly Hills, California 90212-2974
Telephone (310) 273-6333
5 Facsimile (310) 859-2325

6 Attorneys for Kennedy Funding, Inc.

7

8 UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 KENNEDY FUNDING, INC., a New Jersey Corporation,<br>12<br>    Plaintiff,<br>13<br>    v.<br>14<br>NICHOLAS CHAPMAN, an individual; JIREH<br>15 EDUCATIONAL MINISTRIES, a California non-profit corporation; NEWPORT AVALON<br>16 INVESTORS, LLC, a California limited liability company; BRIAN D. EVANS, an<br>17 individual; MANCEBO CORPORATION, a California Corporation; ARNE WAGNER, an<br>18 individual; LAWRENCE S. THAL, an individual; REDGE MARTIN, an individual;<br>19 VANGUARD FINANCIAL LTD., and DOES 1 through 50, Inclusive,<br>20<br>    Defendants.<br>21 ARNE WAGNER, an individual; LAWRENCE S. THAL, an individual; REDGE MARTIN, an<br>22 individual; and WAYNE REPICH, an individual;<br>23<br>    Counterclaimants<br>24<br>    v.<br>25<br>KENNEDY FUNDING, INC., a New Jersey<br>26 corporation,<br>27<br>    Counterclaim-defendant<br>28 | Case No. C09-01957CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION REGARDING MOTIONS TO DISMISS AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>DATE:  January 8, 2010<br>TIME:  10:00 A.M.<br>CTRM:  8<br>    450 Golden Gate Avenue<br>    San Francisco, CA<br>JUDGE:  Hon. Charles Breyer |

1       The Stipulation Regarding Motions to Dismiss and Request To Continue Case
2   Management Conference (the "Order") by and among Plaintiff Kennedy Funding, Inc. ("Kennedy"
3   or "Plaintiff") and Mancebo Corporation ("Mancebo"), Brian D. Evans ("Evans"), Arne Wagner
4   ("Wagner"), Lawrence S. Thal ("Thal"), Redge Martin ("Martin"), Vanguard Financial Ltd.
5   ("Vanguard Financial", together with Thal, Wagner, and Martin are referred to as "Vanguard"),
6   Wayne Repich ("Repich"), Nicholas Chapman ("Chapman"), JIREH Educational Ministries, Inc.
7   ("JIREH"), and Newport Avalon Investors, LLC ("Newport Avalon", together with JIREH,
8   Mancebo, Evans, Chapman, Repich and Vanguard, are the "Defendants", and the Defendants and
9   the Plaintiff are the "Parties") was filed with the Court on January 5, 2010.  The Court having read
10  and considered the Stipulation,

**PURSUANT TO STIPULATION IT IS SO ORDERED THAT:**

1.   The Motions to Dismiss filed by Newport Avalon, Chapman, and JIREH are hereby taken off-calendar.

2.   The Initial Case Management Conference, originally scheduled for January 8, 2010 at 10:00 a.m., is hereby continued to February 5, 2010 at 8:30 a.m. ~~or _____ at _____~~.

3.   No other deadlines are changed by the Stipulation.

Dated:  January 5, 2010



THE HONORABLE CHARLES R. BREYER
JUDGE OF THE UNITED STATES
DISTRICT COURT