| | |
|---|---|
| 1 | Michael S. Kogan (SBN 128500) |
|   |    mkogan@ecjlaw.com |
| 2 | Peter F. Jazayeri (SBN 199626) |
|   |    pjazayeri@ecjlaw.com |
| 3 | **ERVIN COHEN & JESSUP LLP** |
|   | 9401 Wilshire Boulevard, Ninth Floor |
| 4 | Beverly Hills, California 90212-2974 |
|   | Telephone  (310) 273-6333 |
| 5 | Facsimile  (310) 859-2325 |
| 6 | Attorneys for Kennedy Funding, Inc. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KENNEDY FUNDING, INC., a New Jersey Corporation, | ) | Case No. C09-01957CRB |
| | ) | |
|     Plaintiff, | ) | ~~[PROPOSED]~~ **ORDER GRANTING STIPULATION REGARDING MOTIONS TO DISMISS AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
|     v. | ) | |
| NICHOLAS CHAPMAN, an individual; JIREH EDUCATIONAL MINISTRIES, a California non-profit corporation; NEWPORT AVALON INVESTORS, LLC, a California limited liability company; BRIAN D. EVANS, an individual; MANCEBO CORPORATION, a California Corporation; ARNE WAGNER, an individual; LAWRENCE S. THAL, an individual; REDGE MARTIN, an individual; VANGUARD FINANCIAL LTD., and DOES 1 through 50, Inclusive, | ) | DATE:   January 8, 2010<br>TIME:   10:00 A.M.<br>CTRM:  8<br>           450 Golden Gate Avenue<br>           San Francisco, CA<br>JUDGE:  Hon. Charles Breyer |
|     Defendants. | ) | |
| ARNE WAGNER, an individual; LAWRENCE S. THAL, an individual; REDGE MARTIN, an individual; and WAYNE REPICH, an individual; | ) | |
|     Counterclaimants | ) | |
|     v. | ) | |
| KENNEDY FUNDING, INC., a New Jersey corporation, | ) | |
|     Counterclaim-defendant | ) | |

IDOCS:12416.9:992452.1

ORDER GRANTING STIPULATION REGARDING MOTIONS TO DISMISS AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

1   The Stipulation Regarding Motions to Dismiss and Request To Continue Case Management Conference (the "Order") by and among Plaintiff Kennedy Funding, Inc. ("Kennedy" or "Plaintiff") and Mancebo Corporation ("Mancebo"), Brian D. Evans ("Evans"), Arne Wagner ("Wagner"), Lawrence S. Thal ("Thal"), Redge Martin ("Martin"), Vanguard Financial Ltd. ("Vanguard Financial", together with Thal, Wagner, and Martin are referred to as "Vanguard"), Wayne Repich ("Repich"), Nicholas Chapman ("Chapman"), JIREH Educational Ministries, Inc. ("JIREH"), and Newport Avalon Investors, LLC ("Newport Avalon", together with JIREH, Mancebo, Evans, Chapman, Repich and Vanguard, are the "Defendants", and the Defendants and the Plaintiff are the "Parties") was filed with the Court on January 5, 2010.  The Court having read and considered the Stipulation,

**PURSUANT TO STIPULATION IT IS SO ORDERED THAT:**

1.   The Motions to Dismiss filed by Newport Avalon, Chapman, and JIREH are hereby taken off-calendar.

2.   The Initial Case Management Conference, originally scheduled for January 8, 2010 at 10:00 a.m., is hereby continued to February 5, 2010 at 8:30 a.m. ~~or _____ at _____~~.

3.   No other deadlines are changed by the Stipulation.

Dated:  January 5, 2010



THE HONORABLE CHARLES R. BREYER
JUDGE OF THE UNITED STATES
DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

IDOCS:12416.9:992452.1                                1
ORDER GRANTING STIPULATION REGARDING MOTIONS TO DISMISS AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE