*E-Filed 8/4/10*

1  Michael S. Kogan (SBN 128500)
   Michael V. Mancini (SBN 263799)
2  **ERVIN COHEN & JESSUP LLP**
   9401 Wilshire Boulevard, Ninth Floor
3  Beverly Hills, California 90212-2974
   Telephone  (310) 273-6333
4  Facsimile  (310) 859-2325
   mkogan@ecjlaw.com
5  mmancini@ecjlaw.com

6

7  Attorneys for Kennedy Funding, Inc.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  KENNEDY FUNDING, INC., a New Jersey   )  Case No. C 09-01957 RS
    Corporation,                          )
                                          )
13                                        )  **[PROPOSED] ORDER GRANTING**
                  Plaintiff,              )  **STIPULATION TO EXTEND DEADLINE**
14                                        )  **TO RESPOND TO COUNTER-CLAIMS OF**
            v.                            )  **NEWPORT AVALON INVESTORS, LLC**
                                          )
15  NICHOLAS CHAPMAN, an individual; JIREH)
    EDUCATIONAL MINISTRIES, a California  )
16  non-profit corporation; NEWPORT AVALON)
    INVESTORS, LLC, a California limited  )  Date:  [No Hearing Required]
17  liability company; BRIAN D. EVANS, an )  Place: Courtroom 3, 17th Floor
    individual; MANCEBO CORPORATION, a    )  Judge: The Honorable Richard Seeborg
18  California Corporation; ARNE WAGNER, an)
    individual; LAWRENCE S. THAL, an      )
19  individual; REDGE MARTIN, an individual;)
    VANGUARD FINANCIAL LTD., and DOES 1   )
20  through 50, Inclusive,                )
                                          )
21            Defendants.                 )
    NEWPORT AVALON INVESTORS, LLC, a      )
22  California corporation,               )
                                          )
23         Counter-Claimant,              )
                                          )
24      v.                                )
                                          )
25  KENNEDY FUNDING, INC., a New Jersey   )
    corporation,                          )
26                                        )
           Counterclaim-Defendant.        )
27

28

IDOCS:12416.9:1079540.1
─────────────────────────────────────────────────────────
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO COUNTER-
CLAIMS

The Stipulation to Extend Deadline to Respond to Counter-Claims of Newport Avalon Investors, LLC (the "Stipulation") has been filed with the Court. The Court having read and considered the Stipulation,

**PURSUANT TO STIPULATION IT IS SO ORDERED THAT:**

1. The deadline for Kennedy Funding, Inc. ("Kennedy") to respond to the Counter-Claims against Kennedy in the above-entitled matter (the "Counter-Claims") is extended by 7 days, such that Kennedy may file a response to the Counter-Claims on or before August 10, 2010.

DATE:   8/4/10

_____
The Honorable Richard Seeborg
United States District Court Judge

IDOCS:12416.9:1079540.1                                        2
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO COUNTER-CLAIMS