*E-Filed 11/4/11*

1  Michael S. Kogan (SBN 128500)
   **ERVIN COHEN & JESSUP LLP**
2  9401 Wilshire Boulevard, Ninth Floor
   Beverly Hills, California 90212-2974
3  Telephone  (310) 273-6333
   Facsimile  (310) 859-2325
4  mkogan@ecjlaw.com

5  Attorneys for Kennedy Funding, Inc.

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9

10 KENNEDY FUNDING, INC., a New Jersey    ) Case No. C 09-01957 RS
   Corporation,                            )
11                                         )
                Plaintiff,                 )
12                                         ) **ORDER ON STIPULATION TO DISMISS**
        v.                                 ) **ENTIRE COMPLAINT INCLUDING ALL**
13                                         ) **COUNTER CLAIMS AND CLOSE CASE**
   NICHOLAS CHAPMAN, an individual; JIREH )
14 EDUCATIONAL MINISTRIES, a California    )
   non-profit corporation; NEWPORT AVALON  ) Date:  [No Hearing Required]
15 INVESTORS, LLC, a California limited    ) Place: Courtroom 3, 17th Floor
   liability company; BRIAN D. EVANS, an   ) Judge: The Honorable Richard Seeborg
16 individual; MANCEBO CORPORATION, a      )
   California Corporation; ARNE WAGNER, an )
17 individual; LAWRENCE S. THAL, an        )
   individual; REDGE MARTIN, an individual;)
18 VANGUARD FINANCIAL LTD., and DOES 1     )
   through 50, Inclusive,                  )
19                                         )
                Defendants.                )
20 NEWPORT AVALON INVESTORS, LLC, a       )
   California corporation,                 )
21                                         )
                Counter-Claimant,          )
22                                         )
        v.                                 )
23                                         )
   KENNEDY FUNDING, INC., a New Jersey    )
24 corporation,                            )
                                           )
25              Counterclaim-Defendant.    )

26

27

28

|   |   |
|---|---|
| 1 |   |
| 2 | ARNE WAGNER, an individual; LAWRENCE S. THAL, an individual; REDGE MARTIN, an individual; and WAYNE REPICH, an individual; |
| 3 |   |
| 4 |   |
| 5 | Counterclaimants |
| 6 | v. |
| 7 | KENNEDY FUNDING, INC., a New Jersey corporation, |
| 8 | Counterclaim-defendant. |

WHEREAS, the Court having reviewed the Stipulation to Dismiss Entire Complaint Including All Counter Claims (the "Stipulation") entered into by and among Kennedy Funding, Inc. ("Kennedy" or "Plaintiff") and Nicholas Chapman ("Chapman"), JIREH Educational Ministries, Inc. ("JIREH"), Newport Avalon Investors LLC ("Newport", together with JIREH and Chapman, the "Chapman Defendants"), Lawrence S. Thal ("Thal"), Arne Wagner ("Wagner"), Redge Martin ("Martin"), Wayne Repich ("Repich"), Vanguard Financial Ltd. ("Vanguard," together with Thal, Wagner, Martin and Repich, the "Vanguard Defendants"), Brian D. Evans ("Evans") and Mancebo Corporation ("Mancebo," together with Evans, the "Mechanics Lien Defendants") (the Chapman Defendants, Vanguard Defendants, and the Mechanics Lien Defendants are the "Defendants" and the Defendants and the Plaintiff are the "Parties"), in which the Parties agreed as follows:

A. Dismiss Kennedy's second amended complaint (the "Complaint").

B. Dismiss Newport's Counter Claims Against Kennedy Funding Inc. (the "Newport Counter Claims").

C. Dismiss the Vanguard Defendants Counterclaim (the "Vanguard Counter Claims").

D. All Parties wish to avoid the expenditure of further costs and attorneys' fees to pursue their respective claims and defenses and have agreed to dismiss the Complaint, Newport Counter Claims and the Vanguard Counter Claims in its entirety, and all other matters concerning

the Complaint.

**IT IS HEREBY ORDERED** that:

1. The entire Complaint, Newport Counter Claims and the Vanguard Counter Claims, including all counter claims is dismissed, such that this case will be closed by the Court.

2. The Parties are each responsible for their own respective attorneys' fees and costs.

3. Nothing herein shall extinguish, prejudice or affect any claims or rights that the Vanguard Defendants, or any of them, have or may have against the Chapman Defendants or any of them.

Dated: 11/3/11

_____
RICHARD SEEBORG
United States District Court Judge